UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-22126-OTAZO-REYES

CHRISTIAN SCALIA
*and other similarly situated individuals,*

        Plaintiffs,

v.

GRAZIANO'S GOURMET AT AVENTURA LLC, a/ka/a GRAZIANO'S MARKET AVENTURA, ROBERT GRAZIANO, LEO GRAZIANO, *individually*,

        Defendants.
_____/

## ORDER OF DISMISSAL

THIS CAUSE having come before the Court upon the parties' Joint Stipulation of Final Dismissal With Prejudice [D.E. 26] and for good cause shown, it is

ORDERED and ADJUDGED as follows:

After reviewing the parties' Confidential Settlement Agreement (hereafter, "Confidential Settlement Agreement"), the Court finds the parties' Confidential Settlement Agreement to be fair and reasonable in light of a bona fide dispute pursuant to Lynn's Food Stores, Inc. v. U.S. Dep't of Labor, 679 F.2d 1350 (11th Cir. 1982).

Accordingly, the parties' Confidential Settlement Agreement is hereby **APPROVED** and the Complaint is **DISMISSED WITH PREJUDICE**, with the Court retaining jurisdiction to enforce the parties' Confidential Settlement Agreement.  All pending motions are **DENIED AS MOOT** and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida this 8th day of December, 2022.

                                                          _____
                                                          ALICIA M. OTAZO-REYES
                                                          UNITED STATES MAGISTRATE JUDGE

cc:     Counsel of Record